Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HILLARY WALLS-STEWART

_____

_____,

                    Plaintiff(s),

        v.

NEVEL LLC

ERIK PFAFF

BRIAN BONNER,            ,

                    Defendant(s).

CASE NO. 22-cv-406-MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes  ☐ No

## I.  THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | HILARY WALLS-STEWART |
| Street Address | PO BOX 8383 |
| City and County | TACOMA PIERCE |
| State and Zip Code | WASHINGTON 98419 |
| Telephone Number | 646-714-4924 |

10f10

Pro Se 1 2016

B.      Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | ERIK PFAFF |
| Job or Title *(if known)* | OWNER, OF ALLEGED CLEAN AND SOBER HOUSE |
| Street Address | 29414 124TH AVE.SE |
| City and County | AUBURN, KING |
| State and Zip Code | WASHINGTON 98092 |
| Telephone Number | 253-852-8244 |

Defendant No. 2

| | |
|---|---|
| Name | NEVEL L.L.C. DBA E.P. PROPERTIES |
| Job or Title *(if known)* | OWNER, OF ALLEGED CLEAN AND SOBER HOUSE |
| Street Address | 29204 124TH AVE SE, |
| City and County | AUBURN, KING |
| State and Zip Code | WASHINGTON 98092 |
| Telephone Number | 253-852-8244 |

Defendant No. 3

| | |
|---|---|
| Name | BRIAN BONNER |
| Job or Title *(if known)* | HOUSE MANGER/AGENT OF ALLEGED CLAEN AND SOBER HOUSE |
| Street Address | 12461 SE 280TH STREET |
| City and County | KENT, KING |
| State and Zip Code | WASHINGTON 98030 |
| Telephone Number | 206-734-2099 |

COMPLAINT FOR A CIVIL CASE

2of 10

Pro Se 1 2016

Defendant No. 4

| | |
|---|---|
| Name | DANIEL ANSEL NICHOLSON |
| Job or Title *(if known)* | ASSISTANT MANGER/AGENT OF THE ALLEGED SOBER CLEAN HOUSE |
| Street Address | 12461 SE 280TH STREET |
| City and County | KENT, KING |
| State and Zip Code | WASHINGTON 98030 |
| Telephone Number | 206-734-2163 |

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒   Federal question                  ☐   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

804A OR F, AND 818 OF TITLE VIII OF THE CIVIL RIGHTS ACT OF 1968 AS AMENDED BY THE FAIR HOUSING ACT

3 of 10

Pro Se 1 2016

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

        1.      The Plaintiff(s)

          a.   If the plaintiff is an individual.

The plaintiff (*name*) HILARY WALLS-STEWART, is a citizen of the State of (*name*) WASHINGTON STATE.

          b.   If the plaintiff is a corporation.

The plaintiff, (*name*) Click here to enter plaintiff's name., is incorporated under the laws of the State of (*name*) Click here to enter state, and has its principal place of business in the State of (*name*) Click here to enter state.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

        2.      The Defendant(s)

          a.   If the defendant is an individual.

The defendant, (*name*) ERIK PFAFF AND BRIAN BONNER AND DANIEL NICHOLSON AND NEVEL LLC , is a citizen of the State of (*name*) WASHINGTON . Or is a citizen of (*foreign nation*) Click here to enter country.

          b.   If the defendant is a corporation.

The defendant, (*name*) NEVEL LLC, is incorporated under the laws of the State of (*name*) WASHINGTON, and has its principal place of business in the State of (*name*) WASHINGTON .

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has its principal place of business in (*name*) Click here to enter location..

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4 of 10

Pro Se 1 2016

3.      The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

DISCRIMINATORY TERMS.CONDITIONS, PRIVILEGES, OR SERVICES AND

FACILITIES AND DISCRIMINATORY ACTS UNDER SECTION 818 COERCION,

ETC. AND RETALIATION, 804A OR F 804B OF TITLE VIII OF CIVIL RIGHTS

## III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

1.PLAINTIFF HILARY WALLS-STEWART AT ALL TIMES WAS A RESIDENT OF DEFENDANTS SINCE 9/18/2020.

2. PLAINTIFF HAS RESIDED AT 12461 SE 280TH ST KENT WA. AND THE PLAINTIFF IS TRANSGENDER, BLACK, AND HAS A PHYSICAL DISABILITY.

3. Defendant Brian Bonner typical practice for delivering mail to residents is to slide it under their unit's door. On March 9, 2021, the plaintiff asked if the defendant Brian Bonner could deliver mail to her unit as well. Responding Brian Bonner told the plaintiff he refuses to deliver mail to her unit. Defendant Bonner told the plaintiff he would place her mail in the home's communal kitchen instead.

4. From April 2021 May 2021 defendant Bonner threatened the plaintiff with eviction. The plaintiff believes she was threatened with eviction because she asked the defendant Bonner to stop applying different terms and conditions on her.

COMPLAINT FOR A CIVIL CASE - 5



5. In July 2021, defendant Bonner repeatedly harass the plaintiff using transphobic and racialized language. The plaintiff asked defendant Bonner to start referring to her using transphobic and racialized language. The plaintiff also spoke with the owner defendant Erik Pfaff and requested he address his agent defendant Brian Bonner's verbal harassment. After the plaintiff's conversation with defendant Pfaff, defendant Bonner stopped verbally harassing for 3 to 4 days before continuing.

6. Plaintiff states residents are allowed to park in the front of the house. On July 18 of 2021, defendant Bonner verbally harassed the plaintiff using racialized and transphobic language after she parked Infront

of the home to unload items. The same day, another resident and guest parked in the same parking spot. Defendant Bonner did not insult them for using the parking space.

7. On August 2021 the plaintiff parked in front of the home to unload items. Upon seeing the plaintiff, defendant Bonner verbally harassed me using racialized and transphobic language.

8. August 18, 2020, through August 25, 2021, the plaintiff made several requests for the ability to park in the front parking space to unload items. The plaintiff also provided a doctor's note stating she should be walking long distances to bring in items because of her physical disability. The plaintiff states non-disabled residents are allowed to park in front of the home to load and unload and leave your car without consequences. Defendants Bonner, Pfaff ignored the plaintiff's request told the plaintiff to move out if she didn't like the rules.

9. On August 20, 2021, defendant Bonner advised multiple residents not talk to me because IT IS transgender refer plaintiff using transphobic language.

10. On September 25, 2021, the plaintiff parked her car in front of the house to unload items. Defendant Bonner told another resident to block the plaintiff car in. The plaintiff couldn't access her car the whole day. Defendant Bonner called the plaintiff a transphobic slur and said your car

COMPLAINT FOR A CIVIL CASE - 6

6 of 10

Pro Se 1 2016

will be blocked in whenever I parked in the front parking spot. Defendant Bonner said a racial slur and said yawl always parked in the back or entered back doors where I grew up.

11. The plaintiff reported all incidents to the owner of the property Erik Pfaff 9/22/2020 through March 24, 2022, and the defendant turned a blind eye to his agents unlawful discriminatory behavior and retaliation.

# RETALIATION

12. Shortly after REPORTED the defendant's unlawful behavior to the federal government all name defendants perpetrated retaliation against the plaintiff for reporting there UNLAWFUL behavior and unethical any legal behavior.

13. defendant Daniel ansel Nicholson hereafter name defendant Nicholson on 2/6/2022 around 4 AM there were several knocks on the plaintiff's door and I asked who was it and the man at the door stated Kent Police Department, I opened the door and the officer stated defendant Nicholson claimed I was in his room unlawfully broke into it feeding a bird with clothes on top of me there were 4 to 6 Kent police officers at the plaintiff's door.

14. The police officer stated defendant Nicholson is clearly under the influence of drugs and wanted to check on me and stated that no crime had occurred.

15. About 15 minutes later defendant Nicholson yelled at my door bitch going to kill you I called 911 reported the incident officers came out advise the plaintiff to file for a restraining order of protection.

7 of 10

Pro Se 1 2016

16. On or about 1/9/2020 defendant Nicholson did vandalize my car where he attempted to clog my radiator was leaves and blue rubber gloves this was also reported to the Kent Police Department and the defendant admitted in a court proceeding to placing the gloves on the plaintiff's Grill of her vehicle.

17. On or about September 14, 2021, defendant Nicholson placed an unknown substance under the hood/grill of the plaintiff's car with the words KKK bitch die this was also reported to the Kent Police Department.

18. All name defendants would unlawfully harass retaliate, forced plaintiff to get a restraining order against the most egregious defendant Nicholson which a 1-year order of protection was granted by superior court of Washington for king county case cause number 22-2-02094-6 KNT

18. The plaintiff reported all these unlawful retaliation and discriminatory behavior to the owner of the business DEFENDANTS NEVELS LLC, ERIK PFAFF turned a blind eye and took no corrective action against their agents who worked for them and allowed said behavior to continue. PlAintoff ReSERVES the Right TO AmEND COMPLAINT AS DISCOVERY DEVOLPS

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

19. The plaintiff was discriminated against based on her gender identity, race, and disability which is a violation under the fair housing act is amended by the fair housing act of 1988. The damages claimed for these acts are $75,000.

20. The plaintiff is also claiming unspecified damages to be determined at trial because they are currently unknown because the plaintiff's treatment is ongoing.

8 of 10

21. For the emotional distress those damages will be determined at trial because they are currently unknown because the plaintiff is still treating with providers.

22. Punitive damages for egregious acts against all defendants in the amount of 150,000

23. Damages for the retaliation and emotional distress due to threats tampering with plaintiff's property the plaintiff request 50,000 from defendant Erik Pfaff and 50,000 from defendant Bonner 100,000 from defendant NEVELS LLC because it's the owner of the alleged clean and sober house and it took no corrective action or oversight over their agents.

## V.      CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      3/28/2022

Signature of Plaintiff

Printed Name of Plaintiff      Hillary Wells-Stewart

9 of 10

*Pro Se 1 2016*

Date of signing:     3/28/2022

Signature of Plaintiff

Printed Name of Plaintiff     Hillary Walls-Stewart

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

10 of 10