UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HILLARY LEE WALLS-STEWART,<br><br>Plaintiff,<br><br>v.<br><br>ERIK PFAFF, NEVEL LLC, BRIAN BONNER, DANIEL ANSEL NICHOLSON,<br><br>Defendants. | CASE NO. C22-406 MJP<br><br>ORDER GRANTING MOTION FOR AN ORDER TO ORDER SERVICE |

This matter comes before the Court on Plaintiff's Motion for Service by U.S. Marshal. (Dkt. No. 8.) Plaintiff has qualified for <u>in forma pauperis</u> status under 28 U.S.C. § 1915(a)(1). (Dkt. No. 4.) Pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, the Court GRANTS the Motion and directs the U.S. Marshal to effectuate service on Defendants.

\\

\\

\\

1    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2    Dated May 3, 2022.

                                               Marsha J. Pechman
                                               United States Senior District Judge

ORDER GRANTING MOTION FOR AN ORDER TO ORDER SERVICE - 2