UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HILLARY LEE WALLS-STEWART, | CASE NO. C22-406 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERIK PFAFF, NEVEL LLC, BRIAN BONNER, DANIEL ANSEL NICHOLSON, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received Defendants' Notice of Settlement. (Dkt. No. 41.) The Notice does not include Plaintiff's signature or any indication that Defendants obtained her consent to file the Notice. The Court therefore requests the Parties file a joint notice of settlement by no later than September 13, 2022 that bears the signatures of all parties (or counsel).

\\

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel. |
| 2 | Filed September 6, 2022. |

<pre>
                                    Ravi Subramanian
                                    Clerk of Court

                                     s/Serge Bodnarchuk
                                    Deputy Clerk
</pre>