UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HILLARY LEE WALLS-STEWART, | CASE NO. C22-406 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERIK PFAFF, NEVEL LLC, BRIAN BONNER, DANIEL ANSEL NICHOLSON, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issued a Minute Order on September 6, 2022 asking the Parties to file a notice of joint settlement by no later than September 13, 2022 that contained the signatures of all parties (or counsel). (Dkt. No. 42.) The Parties have not submitted any such notice. The Court hereby ORDERS the Parties to file a joint status update as to whether this matter has been resolved or whether it remains ongoing. The status update must be filed by no later than September 23, 2022.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Filed September 19, 2022.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk

MINUTE ORDER - 2